[No. 9594-1-III. Division Three. November 21, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. ELMER
TINCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 87-1-00257-5, Yancey Reser, J., entered
September 6, 1988. *Affirmed* by unpublished opinion per
Green, J., concurred in by Thompson, C.J., and Munson, J.

[No. 9575-4-III. Division Three. November 21, 1989.]

SHEREE AUBREY, *Appellant*, v. THE HORSE RACING
COMMISSION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 87-2-01535-1, F. James Gavin, J., entered
September 23, 1988. *Affirmed* by unpublished opinion per
Shields, J., concurred in by Thompson, C.J., and Munson,
J.

[No. 11680-4-II. Division Two. November 21, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. SUSAN
WILSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 87-1-00218-4, Alan R. Hallowell, J.,
entered December 10, 1987. *Reversed* by unpublished opin-
ion per Pearson, J. Pro Tem., concurred in by Dolliver and
Wieland, JJ. Pro Tem.